# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| LISA CRETSINGER<br><br>     Plaintiff,<br><br>  v.<br><br>CITY OF DE SOTO, IOWA; BRANDON CARTER; DALLAS COUNTY, IOWA, DALLAS COUNTY, IOWA SHERIFF'S DEPARTMENT; JOHN DOE NO. 1 (AKA DALLAS COUNTY DEPUTY SANCHEZ) AND JOHN DOES NO. 2 TO 10,<br><br>     Defendants. | Case No. 4:23-cv-00212-RGE-SBJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO CLAIMS AGAINST COUNTY DEFENDANTS** |

  IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the Plaintiff and the County Defendants (identified below) that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil procedure, all of Plaintiffs' Claims in the above referenced case against Defendants:

  (i)  Dallas County, Iowa; and

  (ii)  Dallas County Deputy Aaron Sanchez (John Doe No.1),

are DISMISSED WITH PREJUDICE and without an award of costs or fees to any party:

Dated: August 6, 2024

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR COUNTY DEFENDANTS |
|---|---|
| /s/ Shawn Shearer (AT0014824)<br>THE SHEARER LAW OFFICE, P.C.<br>108 Third Street, Suite 302<br>Des Moines, Iowa 50309-4758<br>Telephone (214) 717-1828<br>Email shawn@shearerlaw.pro | /s/ Jason C. Palmer (AT0006089)<br>LAMSON DUGAN & MURRAY LLP<br>6400 Westown Parkway, Suite 280<br>West Des Moines, Iowa 50266<br>Telephone: (515) 823-0458<br>Email jpalmer@ldmlaw.com |

## **CERTIFICATE OF SERVICE**

      The undersigned certifies the foregoing document was electronically filed using the CM/ECF on August 6, 2024 which will send a notice of electronic filing to all registered counsel of record.

/s/ Shawn Shearer_____